IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lori Dow, :
:
    Plaintiff(s), :
:  Case Number: 1:13cv493
vs. :
:  Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 18, 2014 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 18, 2014, hereby ADOPTS said Report and Recommendation.

Defendant filed a motion requesting an extension of time to file objections to the Report and Recommendation until August 18, 2014 which the Court GRANTED. Plaintiff has not filed any objections and time to do so has lapsed.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to 42 U.S.C. §405(g).

IT IS SO ORDERED.

                                                         Chief Judge Susan J. Dlott
                                                         United States District Court